WRIGHT *vs.* M'NAIR ET ALS. The act of incorporation has made no such distinction. All vacancies in the board are to be filled up in the same manner, *i. e.*, by the board of directors, which is composed of thirteen members.

*among the directors; they all have the right of voting to fill all vacancies that may happen in either class of directors in the board of which they are all members.*

---

## WRIGHT *vs.* M'NAIR ET ALS.

APPEAL FROM THE COURT OF THE EIGHTH JUDICIAL DISTRICT, THE JUDGE
THEREOF PRESIDING.

Where the judgment appealed from is not signed, the appeal will be dismissed with costs.

This suit was instituted for the recovery of *five thousand* dollars, which the plaintiff alleged the defendants owed him, for sundry pine logs furnished to them at their saw-mill, in the parish of St. Tammany. The plaintiff obtained a verdict for one thousand dollars, upon which the court rendered judgment on the minutes, but was not signed by the judge. After an unsuccessful attempt to obtain a new trial, the defendants appealed.

The case comes up without any statement of facts, made by the counsel or the judge, or any certificate of the judge or clerk, that the record contains all the evidence on which the cause was tried.

*Preston,* for the plaintiff, moved to dismiss the appeal, on the ground that there was no statement of facts made according to law, nor assignment of errors apparent on the face of the record. *Code of Practice, art.* 585, 602–3, 895–6.

*Hennen,* for the defendants, insisted, as the judgment appealed from was not signed, the cause must be remanded for further proceedings.

2. The verdict of the jury is not supported by evidence; there being no demand to put the defendants *in mora.* No damages can be claimed.

3. The defendants being sued as joint owners of a steam saw-mill, can only in any case be made liable for their *virile* portions.

4. There is no evidence of any contract with M'Nair, one of the co-proprietors; he is therefore not bound, inasmuch as the partnership is not commercial, but special.

*Mathews, J.,* delivered the opinion of the court.

This case is before the court, on a motion to dismiss the appeal, on the part of the appellee, on the ground that the record does not contain a statement of facts, &c.

The counsel for the appellants, agrees that the appeal must be dismissed, but for a different cause, alleging that the judgment of the court below was not signed by the judge. As this is a sufficient reason for sustaining the motion of the appellee, we deem it unnecessary to examine the ground relied on by his counsel.

*Where the judgment appealed from is not signed, the appeal will be dismissed with costs.*

It is, therefore, ordered, adjudged and decreed, that this appeal be dismissed at the costs of the appellants.